AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED by _____ D.C.

APR 3 0 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America )
v. )
) Case No. 18-8205-WM
)
Marco Tulio SAQUIC-TAMBRIZ, )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 29, 2018__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 30, 2018

_____
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. MARCO TULIO SAQUIC-TAMBRIZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over fourteen years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Marco Tulio SAQUIC-TAMBRIZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about April 29, 2018, Marco Tulio SAQUIC-TAMBRIZ was arrested in Palm Beach County, Florida for aggravated battery with a deadly weapon. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Marco Tulio SAQUIC-TAMBRIZ.

4. On or about April 30, 2018, Deportation Officer Cynthia Alcocer took a sworn statement from Marco Tulio SAQUIC-TAMBRIZ, who admitted post-

1

Miranda, to being a citizen of Guatemala, and to last entering into the United States illegally in 2007, after being previously removed from the United States in 2007. He further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. A review of the immigration alien file assigned to Marco Tulio SAQUIC-TAMBRIZ shows that he is a native and citizen of Guatemala, and that on or about May 26, 2007, he was ordered removed from the United States. The Order of Removal was executed on or about June 8, 2007, whereby Marco Tulio SAQUIC-TAMBRIZ was removed from the United States and returned to Guatemala.

6. I scanned Marco Tulio SAQUIC-TAMBRIZ's fingerprints taken in connection with his April 29, 2018 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, Marco Tulio SAQUIC-TAMBRIZ.

7. I performed a record check in the Computer Linked Application Informational Management System to determine if Marco Tulio SAQUIC-TAMBRIZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Marco Tulio SAQUIC-TAMBRIZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

3

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 29, 2018, Marco Tulio SAQUIC-TAMBRIZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 30 day of April 2018.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MARCO TULIO SAQUIC-TAMBRIZ

**Case No:** 18-8205-wm

Count #: 1

   Illegal re-entry after deportation

   Title 8 U.S.C. § 1326(a)

* **Max.Penalty:** up to 2 Years Imprisonment; 1 Year Supervised Release; $250,000 Fine, $100 special assessment

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8205-WM

UNITED STATES OF AMERICA

vs.

MARCO TULIO SAQUIC-TAMBRIZ,

Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  __ Yes  X  No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: *Susan R. Osborne*
Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003